

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00163-CV

———————————————

IN RE MERCION FREEMAN BEY, Relator

Original Proceeding
Justice of the Peace, Precinct 1 of Tarrant County, Texas
Trial Court No. JP08-22-E00106953

Before Sudderth, C.J.; Bassel and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Further, any other pending motions are denied as moot. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 13, 2022